IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DOUGLAS ALEXANDER BLANCO MEJIA,<br><br>            Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General, et al.,<br><br>            Respondents. | 0:26-CV-1752<br><br>ORDER |

This case is in an unusual procedural posture. The Court conditionally granted the petition for writ of habeas corpus on March 17, ordering the government to provide the petitioner with a bond hearing or, alternatively, release him. Filing 10. A judgment issued to that effect the next day. Filing 11. On March 20, the government filed a motion to vacate the Court's order, alleging that the petitioner had in the meantime agreed to removal from the United States, meaning that he was no longer entitled to a bond hearing and his detention was mandatory. Filing 13.

The Court stayed its judgment pending resolution of the motion to vacate, and directed the petitioner to respond to the motion. Filing 15. The petitioner failed to respond as directed. In the meantime, however, the government complied with the Court's judgment despite the stay. *See* filing 16. The government's status report indicates that the petitioner was provided with a bond hearing and bond was denied. *See* filing 16.

Given all of that, it appears to the Court that the government's motion to vacate has been mooted. Accordingly,

IT IS ORDERED that the government's amended motion to vacate (filing 13) is denied as moot.

Dated this 26th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge